# MOTION HEARING

Date: 8/7/2026                              Judge:         Michael S. Nachmanoff
                                           Reporter:      Rebecca Stonestreet
Start:   10:00 A.M.                        Deputy Clerk:  Lynnelle Creek
Finish:  10:56 A.M.


## CIVIL ACTION NUMBER: 1:25-cv-1093


**Watts, et al v. Meink**

_____

## APPEARANCE OF COUNSEL

| PLAINTIFFS | DEFENDANT |
|---|---|
| Rochelle Bobroff | Meghan Loftus |
| Alex Farr | Matthew Mezger |
| Francys Gurevara Sanchez | Aaron Aller |
| Esther Lebfarth | |

_____

## PROCEEDING

1. Motion for Summary Judgment by Plaintiffs (dkt. 62) – Granted in Part and Denied in Part.
   -Class definition to be revised as articulated in open court.
   - Parties directed to confer with respect to briefing schedule and class definition and submit proposal within 14 days.

2. Cross Motion for Summary Judgment by Defendant (dkt. 71) – Granted in Part and Denied in Part.

_____

(   ) Report and Recommendation to Follow
(✓) Order to Follow