IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KATHLEEN WATTS, ET AL, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> *Plaintiffs*, <br><br> v. <br><br> TROY MEINK, SECRETARY OF THE AIR FORCE, <br><br> *Defendant*. | 1:25-cv-1093-MSN-IDD |

## ORDER

This matter comes before the Court on the parties' cross motions for summary judgment (ECF 62, 71). Upon consideration of the motions and for the reasons stated in open court, it is hereby

ORDERED that Plaintiffs' motion (ECF 62) is GRANTED as to Plaintiffs Watts, Newman, and the certified class; and it is further

ORDERED that Defendant's motion (ECF 71) is GRANTED as to Plaintiff Miller; and it is further

ORDERED that the cross motions (ECF 62, 71) are otherwise DENIED; and it is further

ORDERED that within fourteen (14) days of the entry of this Order, the parties shall jointly propose a revised class definition consistent with the Court's bench ruling, as well as a briefing schedule for further proceedings in this matter

**IT IS SO ORDERED**.

The Clerk of Court is directed to forward a copy of this Order to counsel of record.

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

August X, 2026
Alexandria, Virginia