**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| KATHLEEN L. WATTS, *et al.*, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>TROY E. MEINK, SECRETARY, U.S. DEP'T OF THE AIR FORCE,<br><br>Defendant. | ) | Case No. 1:25-cv-01093 (MSN-IDD) |

**NOTICE OF WAIVER OF HEARING**

PLEASE TAKE NOTICE that Defendant hereby waives oral hearing on his Motion for Summary Judgment in the above-captioned action, and thus agrees to have the motion decided on the papers alone.

Dated: July 9, 2026

Respectfully submitted,

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

/s/

MEGHAN LOFTUS
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3757
Fax: (703) 299-3983
Email: meghan.loftus@usdoj.gov

*Counsel for Defendant*