**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| KATHLEEN L. WATTS, *et al.*, *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>TROY E. MEINK, SECRETARY, U.S. DEP'T OF THE AIR FORCE,<br><br>Defendant. | Case No. 1:25-cv-1093 (MSN-IDD) |

**ORDER**

This matter comes before the Court on the parties' Joint Notice Regarding Remedies. Upon consideration thereof and for good cause shown, it is hereby:

**ORDERED** that on or before September 28, 2026, the parties shall file a joint status report; it is further

**ORDERED**, the parties' joint status report shall provide the Court with an update on the following matters:

A. The language and terms of a prospective injunction for this Court to review and ultimately enter;

B. The language and terms of a retrospective injunction for this Court to review and ultimately enter;

C. The method, timeline, and terms of notice to the effective class members regarding the retrospective injunction;

D. The deadlines for any affected class member to elect to opt in to the retrospective injunction.

It is **SO ORDERED**.

DATE: September 2, 2026

/s/
Michael S. Nachmanoff
United States District Judge