IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

KATHLEEN L. WATTS, *et al., on behalf of themselves and all others similarly situated*,
*Plaintiffs*,

v.

TROY E. MEINK, SECRETARY U.S. DEP'T OF THE AIR FORCE
*Defendant*.

1:25-cv-01093-MSN-IDD

ORDER

This matter comes before the Court on Defendant's Unopposed Motion for Clarification of the Summary Judgment Order (ECF 101). Having reviewed the motion, and good cause appearing, it is hereby

**ORDERED** that the Motion for Clarification is **DENIED**. The Court's Summary Judgment Order (ECF 96) stands for the reasons stated in open court and reflected in the record.

The Clerk is directed to forward a copy of this Order to counsel of record.

/s/
Michael S. Nachmanoff
United States District Judge

September 4, 2026
Alexandria, Virginia