**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

KATHLEEN L. WATTS, *et al.*, *on behalf of themselves and all others similarly situated*,

Plaintiffs,

v.

TROY E. MEINK, SECRETARY, U.S. DEP'T OF THE AIR FORCE,

Defendant.

Case No. 1:25-cv-01093 (MSN-IDD)

**JOINT NOTICE REGARDING REMEDIES**

Pursuant to this Court's Order of August 7, 2026, the parties' August 28, 2026 filing (Dkt. 103), the Court's September 2, 2026 Order (Dkt. 104), and the parties' September 28, 2026 Joint Notice (Dkt. 106), the parties provide the following updated information to the Court and respectfully request additional time to confer regarding their respective remedial proposals.

In their last filing, the parties provided updates on four topics relating to the three-part remedial framework on which they had reached general agreement. See Dkt. 106; Dkt. 103 at 2. Since that filing, the parties have continued to exchange proposals.

The parties participated in a lengthy conferral on October 27, 2026. At this conferral, the parties discussed (i) the language and terms of a prospective injunction, (ii) the language and terms of a retrospective injunction, and (iii) the Air Force's methodology to identify potential class members. The parties are actively discussing these three areas and anticipate that they will be in a position to more fully brief the Court within 14 days of this status update, on or before November 12, 2026. Accordingly, the parties respectfully request additional time

to confer regarding their proposals before submitting a proposed briefing schedule or other proposal to the Court.

The parties will provide another status update to the Court on or before November 12, 2026. If the parties are unable to reach agreement, they will submit a proposed schedule for resolving the remaining remedial issues at that time.

[Signature Page Follows]

Dated: October 28, 2026

Respectfully Submitted,

ASHURST PERKINS COIE US LLP

/s/

Alec W. Farr, VSB No. 99142
Alec.Farr@ashurstperkins.com
Francys Guevara, *Pro Hac Vice*
Francys.Guevara@ashurstperkins.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

Thomas J. Tobin, *Pro Hac Vice*
Thomas.Tobin@ashurstperkins.com
1301 Third Avenue, Suite 4200
Seattle, WA 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

NATIONAL VETERANS LEGAL SERVICES PROGRAM

Rochelle Bobroff, *Pro Hac Vice*
Rochelle@nvlsp.org
Matthew Handley, *Pro Hac Vice*
Matthew.Handley@nvlsp.com
Esther Leibfarth, *Pro Hac Vice*
Esther@nvlsp.org
1100 Wilson Blvd., Ste. 900
Arlington, VA 22209
Telephone: +1.202-265.8305
Facsimile: +1.202.223.9199

*Attorneys for Plaintiffs Kathleen Watts, Robert Newman, & Ryan G. Miller, on behalf of themselves and others similarly situated*

TODD BLANCHE
Attorney General

THEOPHANI K. STAMOS
First Assistant United States Attorney

/s/

MEGHAN LOFTUS
MATTHEW J. MEZGER
Assistant United States Attorneys
Office of the United States Attorney
2100 Jamieson Ave.
Alexandria, VA 22314
Tels: (703) 299-3757/3741
Fax: (703) 299-3982
Emails: meghan.loftus@usdoj.gov
matthew.mezger@usdoj.gov

*Counsel for Defendant*